Theodore J. Piteo, OSB #090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Parkway, Suite 160
Portland, OR 97223
V: 503-786-3800
F: 503-272-7796

Of Attorneys for Hydra Entertainment, LLC.

IN THE BANKRUPTCY COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Hydra Entertainment, LLC,<br><br>                Debtor(s). | Case No. 17-33129-tmb7<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR** |

Comes now Theodore J. Piteo, counsel for the Debtor Hydra Entertainment, LLC, to move the Court for an Order allowing the withdrawal of Theodore J. Piteo as attorney of record in this matter and further, allowing the Debtor to proceed pro se or through alternative counsel. This motion is supported by the court file and attached affidavit.

DATED this __10th__ day of October 2017.

                                                                    Respectfully Moved By:

                                                                    /s/ Theodore J. Piteo
                                                                    Theodore J. Piteo, OSB #090311

Theodore J. Piteo, OSB #090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Parkway, Suite 160
Portland, OR 97223
V: 503-786-3800
F: 503-272-7796

Of Attorneys for Hydra Entertainment, LLC.

IN THE BANKRUPTCY COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

| In re | Case No. 17-33129-tmb7 |
|---|---|
| Hydra Entertainment, LLC,<br><br>　　　　　　　Debtor(s). | **AFFIDAVIT OF THEODORE J. PITEO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR** |

STATE OF OREGON　　)
　　　　　　　　　　) ss.
County of Washington 　)

I, Theodore J. Piteo, being first duly sworn, do subscribe and say that:

1. I am the attorney of record for Debtor in this Chapter 7 proceeding and make this affidavit in support of my Motion to Withdraw as Counsel for Hydra Entertainment, LLC.

2. On August 18, 2017, Debtor Hydra Entertainment, LLC filed a petition for relief pursuant to Chapter 7 of title 11, the U.S. Bankruptcy Code.

3. I have completed the scope of work I was retained for, and Hydra Entertainment, LLC has chosen not to retain my services for further work.

4. Due to the foregoing, I feel that it is appropriate to immediately file this Motion to Withdraw as Counsel for the Debtors

DATED this 10th day of October 2017.

/s/ Theodore J. Piteo
Theodore J. Piteo, OSB #090311
Of Attorneys for Debtor.

STATE OF OREGON )
                           ) ss.
County of Washington )

SUBSCRIBED AND SWORN TO me this 10th day of October 2017, by

____Theodore J. Piteo____.

OFFICIAL STAMP
LAUREN NICOLLE GARY
NOTARY PUBLIC-OREGON
COMMISSION NO. 951181
MY COMMISSION EXPIRES JUNE 07, 2020

Notary Public for the State of Oregon
My Commission Expires: 6/7/2020

AFFIDAVIT OF THEODORE J. PITEO IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Case 17-33129-tmb7    Doc 28    Filed 10/10/17

In re: Hydra Entertainment, LLC

Case No. 17-33129-tmb7

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, I served the foregoing **Motion to Withdraw as Counsel for the Debtor and Supporting Affidavit** on the following parties by electronic email transmission and by regular US Postal mailing to the address below:

> Hydra Entertainment LLC
> c/o Sean Skelding
> 215 SE Morrison St., #2000A
> Portland, OR 97214

I further certify that the following person(s) will be served electronically when the foregoing document is filed with the court:

Stephen P Arnot
arnotlaw@sbcglobal.net, sparnot@ecf.epiqsystems.com;morriscyn1963@gmail.com

CHRISTOPHER N COYLE on behalf of Creditor Chasing Butterflies Pictures, LLC
vbcattorney4@yahoo.com, chris@vbcattorneys.com

THEODORE J PITEO on behalf of Debtor Hydra Entertainment LLC
ted@pdxlegal.com, enc@pdxlegal.com;hugo@pdxlegal.com;reception@pdxlegal.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

/s/Lauren Gary
Lauren Gary
Paralegal to Theodore J. Piteo
Of Attorneys for Debtors

AFFIDAVIT OF THEODORE J. PITEO IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Case 17-33129-tmb7    Doc 28    Filed 10/10/17