

October 31, 2017

00900.0050

Honorable Trish M. Brown
U.S. Bankruptcy Court
1001 SW 5th Avenue #700
Portland, OR 97204

Re: Hydra Entertainment LLC
U.S. Bankruptcy Court Case No. 17-33129-tmb7
**Joint Motion for Clarification of Stay Relief**

Dear Judge Brown:

It was my intent to appear at the telephone conference on the motion for clarification of stay relief set for 11:00 a.m. I failed to notice that the matter had been rescheduled to 9:30 a.m.

I have addressed the concerns that I had on behalf of the bankruptcy estate with counsel for the moving party. I do not anticipate that the prosecution of the state court matter would have any effect on the administration of the bankruptcy estate. To the contrary, some of the information obtained might assist the bankruptcy estate in realizing value for the distribution of the movies owned by the estate.

Again, I apologize for my error.

Very truly yours,

/s/ Stephen P. Arnot

Stephen P. Arnot
(503) 546-1421
sarnot@williamskastner.com

SPA:nlc
cc: Theodore James Piteo, Esq. (via ecf)
Christopher N. Coyle, Esq. (via ecf)

Williams Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
main 503.228.7967  fax 503.222.7261
www.williamskastner.com
WASHINGTON . OREGON . ALASKA